## 2014-1258
_____

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

ALLVOICE DEVELOPMENTS US, LLC,

                         Plaintiff-Appellant,

v.

MICROSOFT CORP.,

                         Defendant-Appellee.
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON IN CASE NO. 2:10-CV-02102, JUDGE RICHARD A. JONES
_____

### APPELLANT'S UNOPPOSED MOTION TO STAY BRIEFING DEADLINES PENDING DECISION OF SUPREME COURT IN *CLS BANK*
_____

IAN B. CROSBY
RACHEL S. BLACK
DANIEL J. SHIH
TANIA M. CULBERTSON
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101
(206) 516-3861

CHRIS P. PERQUE
GARDERE WYNNE SEWELL LLP
1000 Louisiana Street, Suite 3400
Houston, TX  77002
(713) 276-5020

*Attorneys for Plaintiff-Appellant*

Plaintiff-Appellant Allvoice Developments US, LLC ("Allvoice") files this unopposed motion to stay the briefing deadlines in this appeal pending the Supreme Court's decision in *Alice Corporation Pty. Ltd. v. CLS Bank International*, Supreme Court Docket No. 13-298 ("*CLS Bank*"). Allvoice expects to raise arguments that are likely to turn on the Supreme Court's decision in *CLS Bank*. Allvoice understands that *CLS Bank* probably will not be decided until after the close of briefing under the current schedule in this appeal. In the interests of judicial efficiency and to allow the parties to brief the issues with the benefit of the Court's ruling in *CLS Bank*, Allvoice respectfully requests the entry of an order that stays the briefing schedule in this appeal and sets the deadline for Plaintiff-Appellant's opening brief at 45 days after the Supreme Court issues its mandate in *CLS Bank*. Defendant-Appellee Microsoft Corporation does not oppose the motion.

## STATEMENT OF CONSENT

Counsel for all parties have discussed this motion and consent to the relief sought. No party will object or file a response.

DATED: February 6, 2014.                Respectfully submitted,

By: */s/ Daniel J. Shih*

Ian B. Crosby (principal attorney)
Daniel J. Shih
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800

1

Seattle, WA  98101
(206) 516-3861

*Counsel for Plaintiff-Appellant*
*Allvoice Developments US, LLC*

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Feb 6, 2014  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Daniel J. Shih | /s/ Daniel J. Shih |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm  Susman Godfrey LLP

Address  1201 Third Avenue, Suite 3800

City, State, ZIP  Seattle, WA 98101

Telephone Number  206-516-3880

FAX Number  206-516-3883

E-mail Address  dshih@susmangodfrey.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.